# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-423
Lower Tribunal No. F00-25707
_____

**Duane Walker,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Duane Walker, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed.  See <u>Bradley v. State</u>, 3 So. 3d 1168 (Fla. 2009) (holding that defect in the charging document, which omitted a required element for sentencing enhancement, was cured by defendant's explicit waiver of such defect during plea colloquy); Fla. R. Crim. P. 3.850(h)(2) (providing: "A second or successive motion is an extraordinary pleading. Accordingly, a court may dismiss a second or successive motion if the court finds that it fails to allege new or different grounds for relief and the prior determination was on the merits or, if new and different grounds are alleged, the judge finds that the failure of the defendant or the attorney to assert those grounds in a prior motion constituted an abuse of the procedure or there was no good cause for the failure of the defendant or defendant's counsel to have asserted those grounds in a prior motion.")